# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said properties are taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

**SCHEDULE C**

LEGAL DESCRIPTION
Hidalgo County, Texas

Tracts:  RGV-MCS-2202
            RGV-MCS-2202-2
            RGV-MCS-3004
Owner: HIDALGO COUNTY WATER CONTROL & IMPROVEMENT DISTRICT #19
Acres:  12.37

**RGV-MCS-2202**

**BEING** a 4.302 acre tract (187,391 square feet) parcel of land, more or less, being out of Lots 16, 15, 14, 13, and a part of Lot 12 of the unrecorded Riverside Subdivision A, recorded in Volume 752, Page 342, Deed Records of Hidalgo County (D.R.H.C.), Texas, conveyed to Hidalgo County Water Control and Improvement District No. 19, said 4.302 acre (187,391 square feet) parcel of land being more particularly described as follows;

**COMMENCING** at a found 3" iron pipe having a coordinate value of N = 16582918.583, E = 1039938.127, said point being the northwest corner of a called 2.64 acre tract, recorded in Document No. 2011-2224163, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to the City of Mission and the northwest corner of levee easement (733-H), recorded in Document No. 1942- 18238, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to the United States of America, said point also being the northeast corner of a called 4.781 tract of land, recorded in Document No. 1999-814019, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to the Catholic Diocese of Brownsville, said point also being the southeast corner of a tract of land being part of Lot 1 of  the unrecorded Riverside Subdivision A, recorded in Document No. 2013-2431931, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to the Editora Hora Cero S.A. De C.V., said point being the southwest corner of a levee easement (735-H), recorded in Document No. 1945-6186, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to the United States of America and a surveyed 0.150 acre tract of land being out of a part of Lot 1 of the unrecorded Riverside Subdivision A, recorded in Document No. 1921-1320498, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to John H. Shary;

**THENCE:** N 59°44'13" E, departing the east line of said Editora Hora Cero S.A. De C.V. tract and along the south line of said John H. Shary tract, the north line of said City of Mission, Texas tract, the south line of said levee easement (735-H) and the north line of said levee easement (733-H), a distance of 30.13 feet to the **POINT OF BEGINNING** designated "RGV-MCS-2202-1=RGV-MCS-2224-1-6" and having a coordinate value of N = 16582933.767, E = 1039964.149, said point being on the west

**Schedule C (Cont.)**

line of said Hidalgo County Water Control and Improvement District No. 19 tract and the west line of levee easement (734-H), recorded in Document No. 1944-45877, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to the United States of America, said point also being the southeast corner of said John H. Shary tract, the southeast corner of said levee easement (735-H) and the northeast corner of said levee easement (733-H), and on the north line of said City of Mission, Texas tract, said point also being N 27°18'53" W, a distance of 5857.99 feet from United States Corps of Engineers Control Point No. H122;

**THENCE:** N 02°38'31" W, departing the north line of said City of Mission, Texas tract and along the east line of said John H. Shary tract, the west line of said Hidalgo County Water Control and Improvement District No. 19 tract, the east line of said levee easement (735-H) and the west line of said levee easement (734-H), a distance of 55.13 feet to an angle point designated "RGV-MCS-2202-2=RGV- MCS-2224-1-5";

**THENCE:** N 13°32'31" W, along the east line of said John H. Shary tract, the west line of said Hidalgo County Water Control and Improvement District No. 19 tract, the east line of said levee easement (735-H) and the west line of said levee easement (734-H), a distance of 236.32 feet to an angle point designated "RGV- MCS-2202-3=RGV-MCS-2207-1-4=RGV-MCS-2224-1-4", said point being the southeast corner of Lot 2 of the unrecorded Riverside Subdivision A and the southeast corner of a surveyed 5.567 acre tract, recorded in Document No. 820043, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to Johnny and Jennifer Hart, said point being the northeast corner of said John H. Shary tract and said levee easement (735-H), said point also being the southeast corner of a levee easement (736-H), recorded in Document No. 1942-19357, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to the United States of America;

**THENCE:** N 13°32'31" W, departing the south line of said Johnny and Jennifer Hart tract and the south line of said levee easement (736-H), the north line of said John H. Shary tract, the north line of said levee easement (735-H), and along the west line of said levee easement (734-H), the west line of said Hidalgo County Water Control and Improvement District No. 19 tract, and the east line of said levee easement (736-H), a distance of 234.78 feet to an angle point designated "RGV-MCS-2202-4=RGV-MCS-2207-1-3";

**THENCE:** N 14°34'46" W, along the east line of said Johnny and Jennifer Hart tract and the east line of said levee easement (736-H), the west line of said Hidalgo County Water Control and Improvement District No. 19 tract, and the west line of said levee easement (734-H), a distance of 82.05 feet to an angle point designated "RGV-MCS-2202-5=RGV-MCS-2207-1-2=RGV-MCS-2209-1-5", said point being the northeast corner of said Johnny and Jennifer Hart tract and the southeast corner of a tract of land, recorded in Document No. 2014-2569340, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to Klub Nautique, LLC;

**THENCE:** N 14°34'46" W, departing the north line of said Johnny and Jennifer Hart tract and along the east line of said Klub Nautique, LLC tract and the east line of said levee

**Schedule C (Cont.)**

easement (736-H), the west line of said Hidalgo County Water Control and Improvement District No. 19 tract, and the west line of said levee easement (734-H), a distance of 183.43 feet to an angle point designated "RGV- MCS-2202-6=RGV-MCS-2209-1-4=RGV-MCS-2224-5", said point being the northeast corner of said Klub Nautique, LLC tract, the northeast corner of said levee easement (H-736), the southeast corner of a tract of land, recorded in Document No. 1924-1770087, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to John H. Shary, and the southeast corner of levee easement (737-H), recorded in Document No. 1945-6187, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to the United States of America;

**THENCE:** N 14°25'16" W, departing the north line of said Klub Nautique, LLC tract, the north line of said levee easement (736-H), and along the east line of said levee easement (737-H), the west line of said Hidalgo County Water Control and Improvement District No. 19 tract, and the west line of said levee easement (734- H), and along the east line of said John H. Shary tract, a distance of 250.44 feet to a found 1/2" rebar with cap designated "RGV-MCS-2202-7=RGV-MCS-2203-4=RGV-MCS-2224-4" for an angle point, said point being the northeast corner of said John H. Shary tract, the northeast corner of said levee easement (737-H), the outer corner of a tract of land, recorded in Document No. 2985143, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to Series 2-River Property, A Series of Beneficium Series, LLC., and the southeast corner of levee easement (738-H), recorded in Volume 609, Page 479, Deed Records of Hidalgo County (D.R.H.C.), Texas, conveyed to the United States of America;

**THENCE:** N 14°46'08" W, departing the north line of said John H. Shary tract, the north line of said levee easement (737-H), and along the east line of said levee easement (738-H), the west line of said Hidalgo County Water Control and Improvement District No. 19 tract, the west line of said levee easement (734-H), and along the east line of said Series 2-River Property, A Series of Beneficium Series, LLC. tract, a distance of 124.55 feet to an angle point, designated "RGV- MCS-2202-8=RGV-MCS-2203-3", said point being the common corner between Lot 8 and Lot 9 of the unrecorded Riverside Subdivision A;

**THENCE:** N 17°08'19" W, along the east line of said Series 2-River Property, A Series of Beneficium Series, LLC. tract, the east line of said levee easement (738- H), the west line of said Hidalgo County Water Control and Improvement District No. 19 tract, the west line of said levee easement (734-H), a distance of 249.77 feet to an angle point, designated "RGV-MCS-2202-9=RGV-MCS-2203-2=RGV- MCS-2206-4", said point being the common corner between Lot 10 and Lot 11 of the unrecorded Riverside Subdivision A, said point also being the northeast corner of said Series 2-River Property, A Series of Beneficium Series, LLC. tract and the southeast corner of a tract, recorded in Document No. 656429, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to Johnny and Jennifer Hart;

**THENCE:** N 17°07'21" W, departing the north line of said Series 2-River Property, A Series of Beneficium Series, LLC. tract and along the east line of said Johnny and Jennifer Hart tract, the east line of said levee easement (738-H), the west line of said Hidalgo County

**Schedule C (Cont.)**

Water Control and Improvement District No. 19 tract, and the west line of said levee easement (734-H), a distance of 124.72 feet to an angle point, designated "RGV-MCS-2202-10=RGV-MCS-2206-3", said point being the common corner between Lot 11 and Lot 12 of the unrecorded Riverside Subdivision A, said point being the northeast corner of said Johnny and Jennifer Hart tract, the northeast corner of said levee easement (738-H), and the southeast corner of a levee easement (739-H), recorded in Volume 609, Page 492, Deed Records of Hidalgo County (D.R.H.C.), Texas, conveyed to the United States of America;

**THENCE:** S 71°47'01" W, departing the east line of said Johnny and Jennifer Hart tract, the east line of said levee easement (738-H), the east line of said levee easement (739-H), and the west line of said levee easement (734-H), and along the common line between Lot 11 and Lot 12 of the unrecorded Riverside Subdivision A, a distance of 22.40 feet to found 1/2" rebar, designated "RGV-MCS-2202- 11=RGV-MCS-2206-3=RGV-MCS-2207-4" for an outer corner of the herein described proposed acquisition tract, said point being on the common line between Lot 11 and Lot 12 of the unrecorded Riverside Subdivision A, said point being the southeast corner of a called 1.08 acre tract, recorded in Document No. 1459757, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to Johnny and Jennifer Hart, the northwest corner of said levee easement (738-H), and the southwest corner of said levee easement (739-H);

**THENCE:** N 16°23'34" W, departing the north line of said Johnny and Jennifer Hart tract, the north line of said levee easement (738-H), the south line of said levee easement (739-H), the common line between Lot 11 and Lot 12 of the unrecorded Riverside Subdivision A, and along the east line of said 1.08 acre Johnny and Jennifer Hart tract and the west line of said levee easement (739-H), a distance of 68.74 feet to found 5/8" rebar, designated "RGV-MCS-2202-12=RGV- MCS-2207-4" for a point being on the common line between Lot 12 and Lot 13 of the unrecorded Riverside Subdivision A, said point being the northwest corner of said levee easement (739-H) and the southwest corner of levee easement (740-H), recorded in Document No. 1947-3250, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to the United States of America;

**THENCE:** N 16°29'30" W, departing the south line of said levee easement (740- H), the common line between Lot 12 and Lot 13 of the unrecorded Riverside Subdivision A, and along the east line of said 1.08 acre Johnny and Jennifer Hart tract and the west line of said levee easement (740-H), a distance of 26.24 feet to found 1/2" rebar, designated "RGV-MCS-2202-13=RGV-MCS-2207-3" for an outer corner of the herein described proposed acquisition tract, said point being on the northeast corner of said 1.08 acre Johnny and Jennifer Hart tract;

**THENCE:** S 71°48'15" W, departing the west line of said levee easement (740- H), the east line of said 1.08 acre Johnny and Jennifer Hart tract, and along the north line of said 1.08 acre Johnny and Jennifer Hart tract, a distance of 14.05 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV- MCS-2202-14=RGV-MCS-

**Schedule C (Cont.)**

2207-2" for an outer corner of the herein described proposed acquisition tract, said point being the north line of said 1.08 acre Johnny and Jennifer Hart tract;

**THENCE:** N 16°34'30" W, departing the north line of said 1.08 acre Johnny and Jennifer Hart tract, a distance of 71.94 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-15" for an angle point;

**THENCE:** N 29°14'51" W, passing at 78.43 feet the common line between Lot 13 and Lot 14 of the unrecorded Riverside Subdivision A, in total a distance of 236.59 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-16" for an angle point;

**THENCE:** N 27°14'34" W, passing at 99.80 feet the common line between Lot 14 and Lot 15 of the unrecorded Riverside Subdivision A, in total a distance of 151.10 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-17" for an anglepoint;

**THENCE:** N 32°24'13" W, a distance of 137.63 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-18" for an angle point;

**THENCE:** N 34°35'58" W, passing at 89.81 feet the common line between Lot 15 and Lot 16 of the unrecorded Riverside Subdivision A, in total a distance of  144.52 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-19" for an angle point;

**THENCE:** N 35°37'05" W, a distance of 174.02 feet to a found 1/2" rebar designated "RGV-MCS-2202-20" for an outer corner of the herein described proposed acquisition tract, said point being on the north line of Lot 16 of the unrecorded Riverside Subdivision A and the south line of a called 19.15 acre tract, recorded in Document No. 2016-1605259, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to the Sembrose, LLC;

**THENCE:** N 81°32'53" E, along the west line of said Hidalgo County Water Control and Improvement District No. 19 tract and the south line of said Sembrose, LLC. tract, a distance of 61.14 feet to an angle point, designated "RGV-MCS- 2202-21";

**THENCE:** N 31°15'31" W, along the west line of said Hidalgo County Water Control and Improvement District No. 19 tract and along the east line of said Sembrose, LLC. tract, a distance of 23.16 feet to an angle point, designated "RGV- MCS-2202-22";

**THENCE:** N 55°08'00" E, along the west line of said Hidalgo County Water Control and Improvement District No. 19 tract and the east line of said Sembrose, LLC. tract, a distance of 16.78 feet to an angle point, designated "RGV-MCS- 2202-23";

**Schedule C (Cont.)**

**THENCE:** N 31°12'49" W, along the west line of said Hidalgo County Water Control and Improvement District No. 19 tract and the east line of said Sembrose, LLC. tract, a distance of 276.56 feet to an angle point, designated "RGV-MCS- 2202-24";

**THENCE:** N 55°57'02" W, along the west line of said Hidalgo County Water Control and Improvement District No. 19 tract and the east line of said Sembrose, LLC. tract, a distance of 45.11 feet to an angle point, designated "RGV-MCS- 2202-25";

**THENCE:** N 10°59'17" W, along the west line of said Hidalgo County Water Control and Improvement District No. 19 tract and the east line of said Sembrose, LLC. tract, a distance of 76.92 feet to a found 1/2" rebar, designated "RGV-MCS- 2202-26" for the northwest corner of the herein described proposed acquisition tract;

**THENCE:** N 59°48'16" E, along the north line of said Hidalgo County Water Control and Improvement District No. 19 tract and the east line of said Sembrose, LLC. tract, passing at 41.16 feet the east line of said levee easement (734-H), the west line of a levee easement (991-H), recorded in Document No. 1962-16340, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to the United States of America, and the south line of a levee easement (969-H), recorded in Document No. 1962-12731, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to the United States of America, in total a distance of 127.84 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV- MCS-2202-27" for the northeast corner of the herein described proposed acquisition tract, said point also being the northwest corner of Lot 6 of the unrecorded Riverside Subdivision B;

**THENCE:** S 14°54'01" W, departing the north line of said Hidalgo County Water Control and Improvement District No. 19 tract, the east line of said Sembrose, LLC. tract, the northwest corner of said Lot 6, the south line of said levee easement (969-H), and along the east line of said levee easement (991-H), a distance of feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-28" for an angle point, said point also being the north line of said levee easement (734-H);

**THENCE:** S 35°48'11" E, along the east line of said levee easement (734-H), a distance of 53.93 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-29" for an angle point;

**THENCE** departing the east line of said levee easement (734-H), over and across the said Hidalgo County Water Control and Improvement District No. 19 tract, the following courses and distances:

- S 28°39'25" E, a distance of 101.58 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-30" for an angle point;

- S 31°17'10" E, a distance of 144.99 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-31" for an angle point;

**Schedule C (Cont.)**

- S 28°44'23" E, a distance of 112.75 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-32" for an angle point;

- S 31°33'36" E, a distance of 108.61 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-33" for an angle point;

- S 33°51'50" E, a distance of 101.01 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-34" for an angle point;

- S 32°29'31" E, a distance of 95.02 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-35" for an angle point;

- S 33°31'08" E, a distance of 92.12 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-36" for an angle point;

- S 28°47'28" E, a distance of 119.53 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-37" for an angle point;

- S 22°42'51" E, a distance of 52.69 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-38" for an angle point;

- S 19°48'32" E, a distance of 107.26 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-39" for an angle point;

- S 16°51'35" E, a distance of 331.82 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-40" for an angle point;

- S 16°03'28" E, a distance of 158.30 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-41" for an angle point;

- S 16°29'09" E, a distance of 163.48 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-42" for an angle point;

- S 14°14'16" E, a distance of 160.10 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-43" for an angle point;

- S 15°16'24" E, a distance of 151.33 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-44" for an angle point;

- S 14°34'59" E, a distance of 152.26 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-45" for an angle point;

**Schedule C (Cont.)**

- S 13°40'04" E, a distance of 163.33 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-46" for an angle point;

- S 15°09'35" E, a distance of 308.68 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-47" for an angle point;

- S 11°26'09" E, a distance of 157.18 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-48" for an angle point;

- S 60°16'44" E, a distance of 18.00 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-49" for an angle point;

- S 09°22'52" E, a distance of 30.00 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-50" for an angle point;

- S 44°30'48" W, a distance of 25.38 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-51" for an angle point;

- S 01°20'59" E, a distance of 105.58 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-52=RGV- MCS-2213-9" for the southeast corner of the herein described proposed acquisition tract, said point being on the east line of said City of Mission, Texas tract;

- N 14°58'13" W, a distance of 111.90 feet to an angle point, designated "RGV-MCS-2202-53=RGV-MCS-2213-8" for an outer corner of the herein described proposed acquisition tract, said point being on the northeast corner of said City of Mission, Texas tract;

**THENCE:** S 59°44'13" W, along the north line of said City of Mission, Texas tract, a distance of 12.17 feet to the **POINT OF BEGINNING** and containing 4.302 acres (187,391 square feet) of land, more or less.

## RGV-MCS-2202-2

**BEING** a 2.546 acre tract (110,901 square feet) parcel of land, more or less, being out of a tract, recorded in Volume 752, Page 342, Deed Records of Hidalgo County (D.R.H.C.), Texas, conveyed to Hidalgo County Water Control and Improvement District No. 19, and described in Document No. 1353747, Official Records of Hidalgo County (O.R.H.C.), Texas, said 2.546 acre tract (110,901 square feet) parcel of land being more particularly described as follows;

**Schedule C (Cont.)**

**COMMENCING:** at a found 1/2" rebar, designated "RGV-MCS-2213-1=RGV-MCS-2214-1-1=RGV-MCS-2215-1=RGV-MCS-2217-1" having a coordinate value of N=16581793.002, E=1040166.598, said point being the northwest corner of a called 100.900 acre tract, recorded in Document No. 1999-814019, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to Catholic Diocese of Brownsville and the northeast corner of a called 247.68 acre tract (Tract 326C), recorded in Volume 1510, Page 87, Deed Records of Hidalgo County, (D.R.H.C.), Texas, conveyed to the United States of America (U.S. Fish and Wildlife Service) and the southeast corner of a called 1.142 acre tract (Tract 332B), recorded in Document No. 340160, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to United States of America (U.S. Fish and Wildlife Service) and the southwest corner of a called 2.64 acre tract, recorded in Document No. 2011-2224163, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to City of Mission, Texas, said point being on the west line of the levee easement (733-H), recorded in Document No. 1942-18238, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to the United States of America;

**THENCE:** N 79°31'58" E, along the north line of said Catholic Diocese of Brownsville tract and the south line of said City of Mission, Texas tract, a distance of 86.45 feet to a point designated "RGV-MCS-2202-2-1=RGV-MCS-2217-2" for the **POINT OF BEGINNING,** said point having a coordinate value of N=16581808.708, E=1040251.611 and being the northwest corner of the herein described proposed acquisition tract, said point also being the northwest corner of said Hidalgo County Water Control and Improvement District No. 19 tract;

**THENCE:** N 79°31'58" E, along the north line of said Hidalgo County Water Control and Improvement District No. 19 tract and the south line of said City of Mission, Texas tract, a distance of 8.88 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-2-2", said point also being the northeast corner of the herein described proposed acquisition tract;

**THENCE:** S 14°33'00" E, departing the north line of said Hidalgo County Water Control and Improvement District No. 19 tract and the south line of said City of Mission, Texas tract, a distance of 114.06 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-2-3" for an angle point;

**THENCE:** S 18°26'28" E, a distance of 97.35 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-2-4" for an angle point;

**THENCE:** S 21°32'52" E, a distance of 275.16 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-2-5" for an angle point;

**THENCE:** S 21°30'13" E, a distance of 364.42 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-2-6" for an angle point;

**Schedule C (Cont.)**

**THENCE:** S 22°12'41" E, a distance of 480.64 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-2-7" for an angle point;

**THENCE:** S 27°31'41" E, a distance of 126.98 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-2-8" for an angle point;

**THENCE:** S 30°16'30" E, a distance of 706.44 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-2-9" for an angle point;

**THENCE:** S 30°17'08" E, a distance of 555.58 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-2-10" for an angle point;

**THENCE:** S 30°24'45" E, a distance of 553.29 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-2-11" for an angle point;

**THENCE:** S 30°45'58" E, a distance of 565.09 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-2-12" for an angle point;

**THENCE:** S 35°18'24" E, a distance of 328.63 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-2-13" for point of curvature;

**THENCE:** along a curve to the left having a radius of 1678.70 feet and an arc length of 297.82 feet, and a central angle of 10°09'54", with a chord bearing of S 42°26'37"E, a chord distance of 297.43 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-2-14" for a point on tangent;

**THENCE:** S 48°20'22" E, a distance of 232.99 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-2-15", for the southeast corner of the herein described proposed acquisition tract, said point being on the south line of said Hidalgo County Water Control and Improvement District No. 19 tract;

**THENCE:** S 55°12'58" W, along the south line of said Hidalgo County Water Control and Improvement District No. 19 tract, a distance of 29.54 feet to the southwest corner of the herein described proposed acquisition tract, designated "RGV-MCS-2202-2-16= RGV-MCS-2215-2-2= RGV-MCS-2222-4", said point being the southwest corner of said Hidalgo County Water Control and Improvement District No. 19 tract and the southeast corner of a surveyed 1.759 acre tract, recorded in Volume 1297, Page 226, Deed Records of Hidalgo County (D.R.H.C.), Texas, conveyed to Hidalgo County, Texas, said point also being an angle point on the east line of said United States of America (U.S. Fish and Wildlife Service Tract 326C) tract;

**THENCE:** N 46°55'12" W, along the west line of said Hidalgo County Water Control and Improvement District No. 19 tract and the east line of said Hidalgo County, Texas tract, a distance of 393.40 feet to an angle point, designated "RGV- MCS-2202-2-17= RGV-MCS-2219-5= RGV-MCS-2222-3", said point being the northeast corner of said Hidalgo

**Schedule C (Cont.)**

County, Texas tract and the southeast corner of a called 68.30 acre tract, recorded in Document No. 1153789, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to Hunt Valley Industrial I, LP, and described in Document No. 1353747, Official Records of Hidalgo County (O.R.H.C.), Texas;

**THENCE:** N 47°23'27" W, along the west line of said Hidalgo County Water Control and Improvement District No. 19 tract and the east line of said Hunt Valley Industrial I, LP tract, a distance of 60.12 feet to an angle point designated "RGV-MCS-2202-2-18= RGV-MCS-2219-4";

**THENCE:** N 36°00'24" W, along the west line of said Hidalgo County Water Control and Improvement District No. 19 tract and the east line of said Hunt Valley Industrial I, LP tract, a distance of 352.40 feet to an angle point designated  "RGV-MCS-2202-2-19= RGV-MCS-2219-3";

**THENCE:** N 30°24'34" W, along the west line of said Hidalgo County Water Control and Improvement District No. 19 tract and the east line of said Hunt Valley Industrial I, LP tract, a distance of 930.58 feet to an angle point designated "RGV-MCS-2202-2-20=RGV-MCS-2217-8= RGV-MCS-2219-2", said point being on the south line of said Catholic Diocese of Brownsville tract and the northeast corner of said Hunt Valley Industrial I, LP tract;

**THENCE:** N 30°31'48" W, along the west line of said Hidalgo County Water Control and Improvement District No. 19 tract, a distance of 318.02 feet to an angle point designated "RGV-MCS-2202-2-21=RGV-MCS-2217-7";

**THENCE:** N 29°38'48" W, along the west line of said Hidalgo County Water Control and Improvement District No. 19 tract, a distance of 635.80 feet to an angle point designated "RGV-MCS-2202-2-22=RGV-MCS-2217-6";

**THENCE:** N 30°10'48" W, along the west line of said Hidalgo County Water Control and Improvement District No. 19 tract, a distance of 610.70 feet to an angle point designated "RGV-MCS-2202-2-23=RGV-MCS-2217-5";

**THENCE:** N 22°35'48" W, along the west line of said Hidalgo County Water Control and Improvement District No. 19 tract, a distance of 449.20 feet to an angle point designated "RGV-MCS-2202-2-24=RGV-MCS-2217-4";

**THENCE:** N 21°02'48" W, along the west line of said Hidalgo County Water Control and Improvement District No. 19 tract, a distance of 727.40 feet to an angle point designated "RGV-MCS-2202-2-25=RGV-MCS-2217-3";

**THENCE:** N 15°48'29" W, along the west line of said Hidalgo County Water Control and Improvement District No. 19 tract, a distance of 229.31 feet to the **POINT OF BEGINNING** and containing 2.546 acre tract (110,901 square feet) of land, more or less.

**Schedule C (Cont.)**

**RGV-MCS-3004**

**Being** a 5.522 acre (240,559 square feet) parcel of land, being out of the Ramon Manguilla Survey, Abstract No. 42 and the Yldefonso Quiroga Survey, Abstract No. 43, Hidalgo County, Texas, being out of Porciónes 59 & 60, being out of the river levee right-of-way conveyed to the County of Hidalgo by Easement Deed recorded in Volume 541, Page 609, Deed Records of Hidalgo County, Texas ("786-H") and being out of a called 5.52 acre tract described as "Save & Except Tract (5)" retained by Hidalgo County Water Control and Improvement District No. 19 in Special Warranty Deed recorded in Instrument No. 1976-33803, Deed Records of Hidalgo County, Texas, said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: " POC RGV-MCS-3003 3004", said point being at a southwesterly corner of a portion of a called 5557.38 acre tract conveyed to Hunt Valley Industrial I, L.P. by Special Warranty Deed recorded in Instrument No. 2003-1153789, Official Records of Hidalgo County, Texas and the northwest corner of a called 2.70 acre tract conveyed to Guadalupe Cabrera and Trinidad Cabrera by Warranty Deed with Vendor's Lien recorded in Instrument No. 1965-7063, Deed Records of Hidalgo County, Texas, said point being in the east right-of-way line of Shary Road, said point having the coordinates of N=16574878.084, E=1050389.390;

**Thence:** S 81-26-50 E, departing the east right-of-way line of Shary Road, with the north line of the 2.70 acre tract and a southerly line of a portion of the 5557.38 acre tract, for a distance of 191.34' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-MCS-3004-1" for the **Place of Beginning** and southwest corner of Tract RGV-MCS-3004, said point being in the north line of the 2.70 acre tract, said point being at the southwest corner of the 5.52 acre tract, the southwest corner of the "786-H" river levee right-of-way, the northwest corner of a called 11.73 acre river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 617, Page 316, Deed Records of Hidalgo County, Texas ('River Levee") and a southwesterly corner of a portion of the 5557.38 acre tract, said point having the coordinates of N=16574849.628, E=1050578.600, said point bears N 07-00-26 E, a distance of 351.21' from United States Army Corps of Engineers Control Point No. 103;

**Thence:** departing the north line of the 2.70 acre tract, along the common lines of the 5.52 acre tract, the "786-H" river levee right-of-way and a portion of the 5557.38 acre tract, the following courses and distances:

- N 23-09-53 E (N 23-16-40 E, Record), for a distance of 29.60' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-MCS-3004-2" for an angle point of Tract RGV-MCS-3004;

**Schedule C (Cont.)**

- S 81-27-47 E (S 81-21-00 E, Record), for a distance of 56.80' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-MCS-3004-3" for an angle point of Tract RGV-MCS-3004, said point being in the north toe of the levee;

- N 23-09-53 E (N 23-16-40 E, Record), for a distance of 336.40' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-MCS-3004-4" for an angle point of Tract RGV-MCS-3004;

- N 39-05-43 E (N 39-12-30 E, Record), for a distance of 1547.20' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-MCS-3004-5" for an angle point of Tract RGV-MCS-3004;

- N 56-21-43 E (N 56-28-30 E, Record), for a distance of 183.20' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-MCS-3004-6" for an angle point of Tract RGV-MCS-3004;

- N 72-57-58 E (N 73-04-45 E, Record), for a distance of 235.40' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-MCS-3004-7" for an angle point of Tract RGV-MCS-3004;

- N 77-56-43 E (N 78-03-30 E, Record), for a distance of 413.80' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-MCS-3004-8" for an angle point of Tract RGV-MCS-3004;

- S 78-30-41 E (S 78-24-00 E, Record), for a distance of 419.20' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-MCS-3004-9" for an angle point of Tract RGV-MCS-3004;

- N 59-20-58 E (N 59-20-58 E, Record), for a distance of 779.25' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-MCS-3004-10" for an angle point of Tract RGV-MCS-3004;

- N 68-43-53 E (N 68-50-40 E, Record), for a distance of 171.30' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-MCS-3004-11" for an angle point of Tract RGV-MCS-3004;

- N 83-24-43 E (N 83-31-30 E, Record), for a distance of 133.70' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-MCS-3004-12" for an angle point of Tract RGV-MCS-3004;

- S 80-50-47 E (S 80-44-00 E, Record), for a distance of 172.10' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-MCS-3004-13" for an angle point of Tract RGV-MCS-3004;

**Schedule C (Cont.)**

- S 73-49-07 E (S 73-42-20 E, Record), for a distance of 591.20' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-MCS-3004-14" for an angle point of Tract RGV-MCS-3004;

- N 72-47-43 E (N 72-54-30 E, Record), for a distance of 79.20' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-MCS-3004-15" for the northeast corner of Tract RGV-MCS-3004, said point being at the northeast corner of the 5.52 acre tract, the northeast corner of the "786-H" river levee right-of-way, a northerly corner of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 551, Page 294, Deed Records of Hidalgo County, Texas ("787-H") and a westerly corner of a portion of the 5557.38 acre tract;

**Thence:** along the common lines of the 5.52 acre tract, a portion of the 5557.38 acre tract, the "786-H" river levee right-of-way and the "787-H" river levee right-of-way, the following courses and distances:

- S 08-36-13 W (S 08-43-00 W, Record), for a distance of 84.30' to an angle point of Tract RGV-MCS-3004;

- N 73-49-07 W (N 73-42-20 W, Record), for a distance of 665.90' to an angle point of Tract RGV-MCS-3004;

- N 80-50-47 W (N 80-44-00 W, Record), for a distance of 164.10' to an angle point of Tract RGV-MCS-3004;

- S 83-24-43 W (S 83-31-30 W, Record), for a distance of 123.10' to an angle point of Tract RGV-MCS-3004;

- S 68-43-53 W (S 68-50-40 W, Record), for a distance of 162.90' to an angle point of Tract RGV-MCS-3004;

- S 59-20-58 W (S 59-27-45 W, Record), for a distance of 382.00' to an angle point of Tract RGV-MCS-3004;

- S 08-36-13 W (S 08-43-00 W, Record), for a distance of 12.90' to an angle point of Tract RGV-MCS-3004;

- S 59-20-58 W (S 59-27-45 W, Record), for a distance of 405.00' to an angle point of Tract RGV-MCS-3004;

- N 78-30-47 W (N 78-24-00 W, Record), for a distance of 428.10' to an angle point of Tract RGV-MCS-3004;

**Schedule C (Cont.)**

- S 77-56-43 W (S 78-03-30 W, Record), for a distance of 401.20' to an angle point of Tract RGV-MCS-3004;

- S 72-57-58 W (S 73-04-45 W, Record), for a distance of 225.90' to an angle point of Tract RGV-MCS-3004;

- S 56-21-43 W (S 56-28-30 W, Record), for a distance of 168.30' to an angle point of Tract RGV-MCS-3004;

- S 39-05-33 W (S 39-12-30 W, Record), for a distance of 1532.60' to an angle point of Tract RGV-MCS-3004;

- S 23-10-35 W (S 23-16-40 W, Record), for a distance of 346.01' to a point for the southeast corner of Tract RGV-MCS-3004, said point being at the southeast corner of the 5.52 acre tract, the southeast corner of the "786-H" river levee right-of-way, a southwesterly corner of the "787-H" river levee right-of-way and a southwesterly corner of a portion of the 5557.38 acre tract, said point being in the north line of the 2.70 acre tract and the north line of the 11.73 acre river levee right-of-way;

**Thence:** N 81-26-50 W (N 81-21-00 W, Record), with the south line of the 5.52 acre tract, the south line of the "786-H" river levee right-of-way, the north line of the 2.70 acre tract and the north line of the 11.73 acre tract river levee right-of-way, for a distance of 108.49' to the **Place of Beginning.**

# SCHEDULE D

## SCHEDULE D
### MAP or PLAT
### LAND TO BE CONDEMNED





METES & BOUNDS SURVEY
HILDALGO CO. WATER CONTROL AND
IMPROVEMENT DISTRICT NO. 19
TRACT No. RGV-MCS-2202
HIDALGO COUNTY                    TEXAS



MATCHLINE SHEET 15
MATCHLINE SHEET 14

RGV-MCS-2203

RGV-MCS-2202-42

S16°29'03"E 163.48

N14°08'48"W 124.55'

3-1/2"PIPE FILLED W/CONC.
5-STRAND BARBWIRE

LOT 9

18"CONC. SEPTIC
TANK LID

RGV-MCS-2202-8=
RGV-MCS-2203-3=

CONCRETE SLABS
(TYPICAL)

HED

SERIES 2-RIVER PROPERTY,
A SERIES OF BENEFICIUM SERIES, LLC
DOC. NO. 2985143 ORHC

"La LOMITA RANCH"

LOT 8

6' STEEL MOTORIZED GATE

"STOP"

5/8"REBAR

BOXWIRE FENCE W/1 BARB

BOX WIRE
W/1 STRAND BARB

RGV-MCS-2202-7=
RGV-MCS-2203-4=
RGV-MCS-2224-4
1/2"REBAR W/CAP

RGV-MCS-2203

TOE OF LEVEE

N12°16'W 250.44'

S14°11'16"E 160.10'

RGV-MCS-2202-43

HIDALGO COUNTY WATER CONTROL
AND IMPROVEMENT DISTRICT NO. 19
VOLUME 752, PAGE 342, DRHC

RIVERSIDE SUBDIVISION B
(UNRECORDED)
HUNT VALLEY INDUSTRIAL I, LP
CALLED 49.08 ACRES
DOC. #153789
DESCRIBED IN DOC. #153747

1/2"REBAR W/CAP

LOT 7

SERIES 2-RIVER PROPERTY,
A SERIES OF BENEFICIUM SERIES, LLC
DOC. NO. 2985143 ORHC

6"IRON POST

CHIMNEY ROAD
PUBLIC GRAVEL ROAD

S15°16'24"E 151.33

RGV-MCS-2224

RGV-MCS-2202-44

6' GALVANIZED GATE

JOHN H. SHARY
DOC. NO. 1924-1770061 ORHC

RGV-MCS-2209

RIVERSIDE SUBDIVISION A
(UNRECORDED)
LOT 6

RGV-MCS-2202-6=
RGV-MCS-2209-1-4=
RGV-MCS-2224-5

5/8"REBAR

KLUB NAUTIQUE, LLC
DOC. NO. 2015-2660671 ORHC

6' IRON FENCE
W/RAZOR WIRE

9' CONC. WALL
KLUB NAUTIQUE, LLC
DOC. NO. 2014-2569340 ORHC

6' IRON FENCE

MATCHLINE SHEET 14
MATCHLINE SHEET 13

S14°59'57"E 152.26'

RGV-MCS-2202-45

SEE SHEET 19 FOR EASEMENT
INFORMATION AND LEGEND.

60 50 40 30 20 10   0        30        60

SCALE IN FEET

METES & BOUNDS SURVEY
HILDALGO CO. WATER CONTROL AND
IMPROVEMENT DISTRICT NO. 19
TRACT No. RGV-MCS-2202
HIDALGO COUNTY                          TEXAS

| Mark | Description | Date | Appr. |
| --- | --- | --- | --- |
| | | | |

|  | BY | DATE |
| --- | --- | --- |
| Drawn | RLS | 05/19 |
| Checked | DMB | 05/19 |
| Surveyor | JJB | 09/18 |
| Fld.Bk. # | 18RGVH-T2-B2 | |

CONTRACT NO. W9127S-14-D-0013
T.O.: W9127S18F0111

B&F
ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

US Army Corps
of Engineers

Drawing Ref. No.
SHEET 15 OF 22

B&F PROJ.   7-2888-0916      FILE NAME:   RGV-MCS-2202      DATE:      6/07/19



MATCHLINE SHEET 16
MATCHLINE SHEET 15

"BRICK HOUSE"

STORM GRATE
RGV-MCS-2202-15=
N16°34'30"W 71.94'
RGV-MCS-2202-13=
RGV-MCS-2207-3
1/2"REBAR

LOT 13

RGV-MCS-2202-14=
RGV-MCS-2207-2

S71°48'15"W 14.05'
N16°29'30"W 26.24'

RGV-MCS-2202-12=
RGV-MCS-2207-4
5/8"REBAR  RGV-MCS-2207

N16°23'34"W 68.74'
S71°47'01"W 22.40'

JOHNNY AND JENNIFER HART
CALLED 1.08 ACRE
DOC. NO. 1459757 ORHC
LOT 12
6' GALVANIZED GATE

RGV-MCS-2202-11=
RGV-MCS-2206-3=
RGV-MCS-2207-4
1/2"REBAR

"RIVERSIDE CLUB"

RGV-MCS-2202-10=
RGV-MCS-2206-3

RGV-MCS-2206

RIVERSIDE SUBDIVISION A
(UNRECORDED)
LOT 11

JOHNNY AND JENNIFER HART
DOC. NO. 656429 ORHC

6"IRON POST
FILLED W/CONC.

"ASPHALT PARKING"

RGV-MCS-2202-9=
RGV-MCS-2203-2=
RGV-MCS-2206-4

LOT 10

CONCRETE SLABS
(TYPICAL)

SERIES 2-RIVER PROPERTY,
A SERIES OF BENEFICIUM SERIES, LLC
DOC. NO. 2985143 ORHC

UNKNOWN CONC. STRUCTURE
CONCRETE PLANTER
6' STEEL GATE

SEE SHEET 19 FOR EASEMENT
INFORMATION AND LEGEND.

MATCHLINE SHEET 15
MATCHLINE SHEET 14

LOT 9

3-1/2"PIPE FILLED W/CONC.
5-STRAND BARBWIRE

"NO TRESPASSING"

LOT 4

ELOISA ROSA CAVAZOS
DOC. NO. 699289 ORHC

S16°35'35"E 331.82'

HIDALGO COUNTY WATER CONTROL
AND IMPROVEMENT DISTRICT NO. 19
VOLUME 752, PAGE 342 ORHC

"CANAL"

LOT 3

RGV-MCS-2202-40

CHIMNEY ROAD
PUBLIC GRAVEL ROAD

S16°03'28"E 1158.30'

RGV-MCS-2202-41

RGV-MCS-2203

S16°29'00"E 163.48'

RGV-MCS-2203

N16°34'30"W 71.94'

60 50 40 30 20 10 0    30    60

SCALE IN FEET

METES & BOUNDS SURVEY
HILDALGO CO. WATER CONTROL AND
IMPROVEMENT DISTRICT NO. 19
TRACT No. RGV-MCS-2202
HIDALGO COUNTY                    TEXAS

Drawing Ref. No.
SHEET 16 OF 22

Mark | Description | Date | Appr.

|     | BY  | DATE |
| Drawn | RLS | 05/19 |
| Checked | DWB | 05/19 |
| Surveyor | JJB | 09/18 |
| Fld.Bk. # | 18RGVH-T2-B2 |

CONTRACT NO.: W912TS-14-D-0013
T.O.: W912TS18F0111

B&F
ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfengr.com
TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10183842

US Army Corps
of Engineers

B&F PROJ.   7-2888-0916      FILE NAME:  RGV-MCS-2202     DATE:      6/07/19





SEE SHEET 19 FOR EASEMENT
INFORMATION AND LEGEND.

SCALE IN FEET

RIVERSIDE SUBDIVISION A
(UNRECORDED)
LOT 15

RIVERSIDE SUBDIVISION B
(UNRECORDED)
LOT 5

HIDALGO COUNTY WATER CONTROL
AND IMPROVEMENT DISTRICT NO. 19
VOLUME 752, PAGE 342 DRHC

METES & BOUNDS SURVEY
HILDALGO CO. WATER CONTROL AND
IMPROVEMENT DISTRICT NO. 19
TRACT No. RGV-MCS-2202
HIDALGO COUNTY                    TEXAS

B&F ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

US Army Corps
of Engineers

Drawing Ref. No.
SHEET 18 OF 22

B&F PROJ.   7-2688-0916    FILE NAME:  RGV-MCS-2202    DATE:    6/07/19



## EASEMENTS

1. UNITED STATES OF AMERICA EASEMENT
   DOC. NO. 1944-45877 ("734-H") ORHC

2. UNITED STATES OF AMERICA EASEMENT
   DOC. NO. 1942-18238 ("733-H") ORHC

3. UNITED STATES OF AMERICA EASEMENT
   DOC. NO. 1945-6186 ("735-H") ORHC

4. UNITED STATES OF AMERICA EASEMENT
   DOC. NO. 1942-19357 ("736-H") ORHC

5. UNITED STATES OF AMERICA EASEMENT
   DOC. NO. 1945-6187 ("737-H") ORHC

6. UNITED STATES OF AMERICA EASEMENT
   VOL. 609, PAGE 479 ("738-H") DRHC

7. UNITED STATES OF AMERICA EASEMENT
   VOL. 609, PAGE 492 ("739-H") DRHC

8. UNITED STATES OF AMERICA EASEMENT
   DOC. NO. 1947-3250 ("740-H") ORHC

9. UNITED STATES OF AMERICA EASEMENT
   DOC. NO. 1962-16340 ("991-H") ORHC

10. UNITED STATES OF AMERICA EASEMENT REVETMENT
    DOC. NO. 1952-5754 (843-H") ORHC

11. UNITED STATES OF AMERICA EASEMENT
    NO. 1962-12731 ("969-H") ORHC

12. UNITED STATES OF AMERICA EASEMENT REVETMENT
    NO. 1962-12731 ("969-H") ORHC

## LEGEND

- ⊗ CLEANOUT
- ▣ ELECTRIC BOX
- ✧ FIRE HYDRANT
- ○ FOUND MONUMENT AS NOTED
- ○CP COMPUTED CORNER
- ← GUY WIRE
- ⊞ HOOKUP (WATER,SEWER,ELEC)
- ⋈ LIGHT POLE
- ⌁ POWER POLE
- ⌸ PUMP STATION
- ⊢ SIGN AS NOTED
- ● SET MONUMENT AS NOTED
- ⊡ TELEPHONE PEDESTAL
- ❀ TREE
- ✿ SHRUB
- △ CONTROL POINT
- ⊗ WATER FAUCET/HOSE BIB
- ⊞ WATER METER
- ⋈ WATER VALVE

| | |
|---|---|
| DRHC | DEED RECORDS OF HIDALGO COUNTY |
| MRHC | MAP RECORDS OF HIDALGO COUNTY |
| ORHC | OFFICIAL RECORDS OF HIDALGO COUNTY |
| VOL. | VOLUME |
| INST. | INSTRUMENT |
| NO. | NUMBER |
| PG. | PAGE |
| POB | POINT OF BEGINNING |

————————— ACQUISITION AREA BOUNDARY
—x——x——x— FENCE LINE
— — — — — LEVEE EASEMENT LIMITS
——PL—— PROPERTY LINE
——OHE—— OVERHEAD ELECTRIC

## GENERAL SURVEYOR'S NOTES:

1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THIS TRACT WAS UNABLE TO BE DETERMINED.
5. FIELD SURVEY WAS COMPLETED IN NOVEMBER, 2018.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. B&F ENGINEERING, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
8. LONE STAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON OCTOBER 9, 2018 (TICKET NO. 1877865798).
9. UTILITY EASEMENTS ARE BEING RESEARCHED FOR THIS AREA.

---

Drawing Ref. No.
SHEET 20 OF 22

### METES & BOUNDS SURVEY
### HILDALGO CO. WATER CONTROL AND
IMPROVEMENT DISTRICT NO. 19
### TRACT No. RGV-MCS-2202
HIDALGO COUNTY                    TEXAS

| Mark | Description | Date | Appr. |
|---|---|---|---|
| | | | |

| | BY | DATE |
|---|---|---|
| Drawn | RLS | 03/19 |
| Checked | DWB | 03/19 |
| Surveyor | JJB | 09/19 |

Fld.Bk. # 18RGVH-T2-B2

CONTRACT NO.: W9127S-14-D-0013
T.O.: W9127S18F0111

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10193942



B&F ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com



US Army Corps
of Engineers

B&F PROJ.   7-2688-0916      FILE NAME:   RGV-MCS-2202    DATE:      6/07/19

| DESCRIPTION | NORTHING | EASTING |
|---|---|---|
| RGV-MCS-2202-1=RGV-MCS-2224-1-6 | 16582933.767 | 1039964.149 |
| RGV-MCS-2202-2=RGV-MCS-2224-1-5 | 16582988.839 | 1039961.608 |
| RGV-MCS-2202-3=RGV-MCS-2207-1-4 | 16583218.592 | 1039906.271 |
| RGV-MCS-2202-4=RGV-MCS-2207-1-3 | 16583446.842 | 1039851.296 |
| RGV-MCS-2202-5=RGV-MCS-2207-1-2 | 16583526.250 | 1039830.642 |
| RGV-MCS-2202-6=RGV-MCS-2209-1-4 | 16583703.772 | 1039784.469 |
| RGV-MCS-2202-7=RGV-MCS-2203-4= RGV-MCS-2224-4 | 16583946.322 | 1039722.098 |
| RGV-MCS-2202-8=RGV-MCS-2203-3 | 16584066.753 | 1039690.349 |
| RGV-MCS-2202-9=RGV-MCS-2203-2 | 16584305.427 | 1039616.746 |
| RGV-MCS-2202-10=RGV-MCS-2206-3 | 16584424.624 | 1039580.025 |
| RGV-MCS-2202-11=RGV-MCS-2206-3= RGV-MCS-2207-4 | 16584417.621 | 1039558.748 |
| RGV-MCS-2202-12=RGV-MCS-2207-4 | 16584483.568 | 1039539.348 |
| RGV-MCS-2202-13=RGV-MCS-2207-3 | 16584508.726 | 1039531.900 |
| RGV-MCS-2202-14=RGV-MCS-2207-2 | 16584504.339 | 1039518.553 |
| RGV-MCS-2202-15 | 16584573.291 | 1039498.031 |
| RGV-MCS-2202-16 | 16584779.722 | 1039382.436 |
| RGV-MCS-2202-17 | 16584914.057 | 1039313.270 |
| RGV-MCS-2202-18 | 16585030.255 | 1039239.518 |
| RGV-MCS-2202-19 | 16585149.218 | 1039157.452 |
| RGV-MCS-2202-20 | 16585290.685 | 1039056.104 |
| RGV-MCS-2202-21 | 16585299.672 | 1039116.580 |
| RGV-MCS-2202-22 | 16585319.470 | 1039104.563 |
| RGV-MCS-2202-23 | 16585329.062 | 1039118.330 |
| RGV-MCS-2202-24 | 16585565.588 | 1038975.009 |
| RGV-MCS-2202-25 | 16585590.846 | 1038937.633 |
| RGV-MCS-2202-26 | 16585666.355 | 1038922.972 |

| DESCRIPTION | NORTHING | EASTING |
|---|---|---|
| RGV-MCS-2202-27 | 16585730.652 | 1039033.464 |
| RGV-MCS-2202-28 | 16585622.929 | 1039004.801 |
| RGV-MCS-2202-29 | 16585579.191 | 1039036.349 |
| RGV-MCS-2202-30 | 16585490.054 | 1039085.064 |
| RGV-MCS-2202-31 | 16585366.147 | 1039160.360 |
| RGV-MCS-2202-32 | 16585267.283 | 1039214.575 |
| RGV-MCS-2202-33 | 16585174.740 | 1039271.419 |
| RGV-MCS-2202-34 | 16585090.863 | 1039327.705 |
| RGV-MCS-2202-35 | 16585010.714 | 1039378.750 |
| RGV-MCS-2202-36 | 16584933.913 | 1039429.620 |
| RGV-MCS-2202-37 | 16584829.158 | 1039487.188 |
| RGV-MCS-2202-38 | 16584780.558 | 1039507.532 |
| RGV-MCS-2202-30 | 16584679.647 | 1039543.880 |
| RGV-MCS-2202-40 | 16584362.088 | 1039640.118 |
| RGV-MCS-2202-41 | 16584209.968 | 1039683.904 |
| RGV-MCS-2202-42 | 16584053.205 | 1039730.297 |
| RGV-MCS-2202-43 | 16583898.019 | 1039769.674 |
| RGV-MCS-2202-44 | 16583752.033 | 1039809.538 |
| RGV-MCS-2202-45 | 16583604.679 | 1039847.874 |
| RGV-MCS-2202-46 | 16583445.977 | 1039886.467 |
| RGV-MCS-2202-47 | 16583148.034 | 1039967.192 |
| RGV-MCS-2202-48 | 16582993.973 | 1039998.357 |
| RGV-MCS-2202-49 | 16582985.050 | 1040013.987 |
| RGV-MCS-2202-50 | 16582955.452 | 1040018.877 |
| RGV-MCS-2202-51 | 16582937.351 | 1040001.081 |
| RGV-MCS-2202-52= RGV-MCS-2213-9 | 16582831.798 | 1040003.568 |
| RGV-MCS-2202-53= RGV-MCS-2213-8 | 16582939.901 | 1039974.662 |

Drawing Ref. No.
SHEET 21 OF 22

**METES & BOUNDS SURVEY**
**HILDALGO CO. WATER CONTROL AND**
IMPROVEMENT DISTRICT NO. 19
**TRACT No. RGV-MCS-2202**
HIDALGO COUNTY                    TEXAS

| Mark | Description | Date | Appr. |
|---|---|---|---|

|  | BY | DATE |
|---|---|---|
| Drawn | RLS | 03/19 |
| Checked | DMB | 03/19 |
| Surveyor | JJB | 09/19 |
| Fld.Bk. # | 18RGVH-T2-B2 |  |

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10193942

CONTRACT NO.: W912TS-14-D-0013
T.O.: W912TS18F0111



**B&F**
**ENGINEERING, INC.**
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com



US Army Corps
of Engineers

B&F PROJ.    7-2688-0916        FILE NAME:   RGV-MCS-2202    DATE:        6/07/19





METES & BOUNDS SURVEY
HILDALGO CO. WATER CONTROL AND
IMPROVEMENT DISTRICT NO. 19
TRACT No. RGV-MCS-2202-2
HIDALGO COUNTY                    TEXAS



METES & BOUNDS SURVEY
HILDALGO CO. WATER CONTROL AND
IMPROVEMENT DISTRICT NO. 19
TRACT No. RGV-MCS-2202-2
HIDALGO COUNTY                              TEXAS

B&F ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

US Army Corps of Engineers

Drawing Ref. No.
SHEET 8 OF 15

B&F PROJ.   7-2688-0916     FILE NAME:  RGV-MCS-2202-2     DATE:     8/25/19

CONTRACT NO.:   W912TS-14-D-0013
T.O.: W912TS18F0111

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10193042

Drawn        RLS    03/19
Checked      DWB    03/19
Surveyor     JJB    08/18
Fld.Bk. #    18RGVH-T2-B2

REV. ACREAGE OR PLAT   09/26/19

Case 7:20-cv-00205   Document 1 (cont.) Filed on 07/31/20 in TXSD   Page 34 of 57

Schedule D (cont.)



## METES & BOUNDS SURVEY
### HILDALGO CO. WATER CONTROL AND
IMPROVEMENT DISTRICT NO. 19
## TRACT No. RGV-MCS-2202-2
HIDALGO COUNTY                                      TEXAS

Schedule D (Cont.)



CATHOLIC DIOCESE OF BROWNSVILLE
CALLED 100.900 ACRES
DOC. NO. 1999-814019 ORHC

MATCHLINE SHEET 10
MATCHLINE SHEET 11

TRACT RGV-MCS-2217

PRIVATE GRAVEL ROAD
N29'38'48"W 633.80'

S30'17'08"E 555.56'

~CANAL~

~GRASS~

RGV-MCS-2202-2-10

RGV-MCS-2202-2-21=
RGV-MCS-2217-7
NAIL IN 3"CONC. POST

~TREES~

TRACT RGV-MCS-2202-2

ACQUISITION AREA:
2.546 ACRES
HIDALGO CO. WATER CONTROL AND
IMPROVEMENT DISTRICT NO. 19
VOL. 752, PG. 342 DRHC

TRACT RGV-MCS-2215-1

N30'51'48"W 318.02'
~GRASS~
TOE OF LEVEE

~CANAL~
S30'24'45"E 553.79'

~TREES~

1

2

LEGEND

DRHC   DEED RECORDS OF
       HIDALGO COUNTY

MRHC   MAP RECORDS OF
       HIDALGO COUNTY

ORHC   OFFICIAL RECORDS OF
       HIDALGO COUNTY

VOL.   VOLUME

INST.  INSTRUMENT

NO.    NUMBER

PG.    PAGE

POB    POINT OF BEGINNING

○      SIGN

●      SET 5/8" REBAR W/
       "B&F" CAP AS NOTED

○      FOUND MONUMENT AS
       NOTED

○CP    COMPUTED CORNER

────   ACQUISITION AREA BOUNDARY

─x──x─ FENCE LINE

──────  LEVEE EASEMENT LIMITS

──PL──  PROPERTY LINE

~TREES~
RGV-MCS-2202-2-20=
RGV-MCS-2217-8=
RGV-MCS-2219-2

1/2"REBAR
CP

UNITED STATES OF AMERICA
(US FISH AND WILDLIFE SERVICE)
(TRACT 326C)
CALLED 247.68 ACRES
VOL.  1510, PG. 87 DRHC

MATCHLINE SHEET 11
MATCHLINE SHEET 12

EASEMENTS

1  UNITED STATES OF AMERICA EASEMENT
   DOC. NO. 1944-45877 ("734-H") ORHC

2  UNITED STATES OF AMERICA EASEMENT
   DOC. NO.1942-18238 ("733-H") ORHC

100 80 60 40 20 0    50    100
SCALE IN FEET

METES & BOUNDS SURVEY
HILDALGO CO. WATER CONTROL AND
IMPROVEMENT DISTRICT NO. 19
TRACT No. RGV-MCS-2202-2
HIDALGO COUNTY                TEXAS

Drawing Ref. No.
SHEET 10 OF 18

| Mark | Description | Date | Appr. |
|------|-------------|------|-------|
| 1 | REV. ACREAGE ON PLAT | 8/25/18 | |

CONTRACT NO.:  W9127S-14-D-0013
T.O.: W9127S18F0111

|        | BY | DATE |
|--------|-----|------|
| Drawn | RLS | 03/19 |
| Checked | DWB | 03/19 |
| Surveyor | JJB | 08/18 |

Fld.Bk. # 18RGVH-T2-B2

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10193942

B&F
ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

US Army Corps
of Engineers

B&F PROJ.   7-2688-0916      FILE NAME:   RGV-MCS-2202-2   DATE:   6/25/18





LEGEND

DRHC  DEED RECORDS OF HIDALGO COUNTY

MRHC  MAP RECORDS OF HIDALGO COUNTY

ORHC  OFFICIAL RECORDS OF HIDALGO COUNTY

VOL.  VOLUME

INST.  INSTRUMENT

NO.  NUMBER

PG.  PAGE

POB  POINT OF BEGINNING

  SIGN

  SET 5/8" REBAR W/ "B&F" CAP AS NOTED

  FOUND MONUMENT AS NOTED

CP  COMPUTED CORNER

  ACQUISITION AREA BOUNDARY

— x — x —  FENCE LINE

  LEVEE EASEMENT LIMITS

—— PL ——  PROPERTY LINE

TRACT RGV-MCS-2202-2
ACQUISITION AREA:
2.546 ACRES
HIDALGO CO. WATER CONTROL AND
IMPROVEMENT DISTRICT NO. 19
VOL. 752, PG. 342 DRHC
DESCRIBED IN DOC. NO. 1353747 ORHC

UNITED STATES OF AMERICA
(US FISH AND WILDLIFE SERVICE)
(TRACT 326C)
CALLED 247.68 ACRES
VOL. 1510, PG. 87 DRHC

EASEMENTS

1  UNITED STATES OF AMERICA EASEMENT
DOC. NO. 1944-45877 ("734-H") ORHC

2  UNITED STATES OF AMERICA EASEMENT
DOC. NO.1942-18238 ("733-H") ORHC

RGV-MCS-2202-2-19=
RGV-MCS-2219-3

RGV-MCS-2202-2-12

RGV-MCS-2202-2-13

RGV-MCS-2202-2-18=
RGV-MCS-2219-4

RGV-MCS-2202-2-17=
RGV-MCS-2219-5=
RGV-MCS-2222-3

NAIL IN 3"CONC. POST

1/2"REBAR W/YELLOW CAP

TOE OF LEVEE

HUNT VALLEY INDUSTRIAL, L.P.
SURVEYED 68.30 ACRES
VOL. 730, PG. 904 DRHC

PRIVATE GRAVEL ROAD

STEEL GATE
N47°23'27"W 60.12'

STEEL PIPE GATE

NAIL IN 3"CONC. POST
SLOW CHILDREN AT PLAY

GUARD POST (TYPICAL)

YIELD

RIPRAP

HIDALGO CO. TX
SURVEYED 1.759 ACRES
VOL. 1297, PG. 228 DRHC

100 80 60 40 20 0   50   100

SCALE IN FEET

METES & BOUNDS SURVEY
HILDALGO CO. WATER CONTROL AND
IMPROVEMENT DISTRICT NO. 19
TRACT No. RGV-MCS-2202-2
HIDALGO COUNTY   TEXAS

| Mark | Description | Date | Appr. | | BY | DATE |
|------|-------------|------|-------|---|-----|------|
| | | | | Drawn | RLS | 03/19 |
| | | | | Checked | DWB | 03/19 |
| | | | | Surveyor | JJB | 08/19 |
| 1 | REV. ACREAGE ON PLAT | 8/25/19 | | Fld.Bk. # | 18RGVHLT2-B2 | |

CONTRACT No.: W912TS-14-D-0013
T.O.: W912TS18F0111

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
No. 10193942

B&F ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

Drawing Ref. No.
SHEET 12 OF 15

US Army Corps of Engineers

B&F PROJ.  7-2688-0916   FILE NAME:  RGV-MCS-2202-2   DATE:   6/25/18



LEGEND

| | |
|---|---|
| DRHC | DEED RECORDS OF HILDALGO COUNTY |
| MRHC | MAP RECORDS OF HIDALGO COUNTY |
| ORHC | OFFICIAL RECORDS OF HIDALGO COUNTY |
| VOL. | VOLUME |
| INST. | INSTRUMENT |
| NO. | NUMBER |
| PG. | PAGE |
| POB | POINT OF BEGINNING |

○⊤ SIGN
● SET 5/8" REBAR W/ "B&F" CAP AS NOTED
○ FOUND MONUMENT AS NOTED
○CP COMPUTED CORNER
▬▬ ACQUISITION AREA BOUNDARY
—x—x— FENCE LINE
— — — LEVEE EASEMENT LIMITS
—PL— PROPERTY LINE

EASEMENTS

1 UNITED STATES OF AMERICA EASEMENT DOC. NO. 1944–45877 ("734–H") ORHC

2 UNITED STATES OF AMERICA EASEMENT DOC. NO.1942–18238 ("733–H") ORHC

SCALE IN FEET
100 80 60 40 20 0    50    100

METES & BOUNDS SURVEY
HILDALGO CO. WATER CONTROL AND
IMPROVEMENT DISTRICT NO. 19
TRACT No. RGV-MCS-2202-2
HIDALGO COUNTY                    TEXAS

Drawing Ref. No.
SHEET 13 OF 15

| | BY | DATE |
|---|---|---|
| Drawn | RLS | 03/19 |
| Checked | DWB | 03/19 |
| Surveyor | JJB | 08/19 |

Fld.Bk. # 18RGVHL-T2-B2
CONTRACT NO.: W912ES-14-D-0013
T.O.: W912TS18F0111
TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC. NO. 10193942

B&F ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

US Army Corps
of Engineers

B&F PROJ    7-2688-0916    FILE NAME:   RGV-MCS-2202-2   DATE:    6/25/18

| PT # | DESCRIPTION | NORTHING | EASTING |
|------|-------------|----------|---------|
| 3626 | RGV–MCS–2202–2–1=RGV–MCS–2217–2 | 16581808.708 | 1040251.611 |
| 3651 | RGV–MCS–2202–2–2=RGV–MCS–2213–14 | 16581810.321 | 1040260.341 |
| 3639 | RGV–MCS–2202–2–3 | 16581699.923 | 1040288.995 |
| 3640 | RGV–MCS–2202–2–4 | 16581607.571 | 1040319.790 |
| 3641 | RGV–MCS–2202–2–5 | 16581351.638 | 1040420.851 |
| 3642 | RGV–MCS–2202–2–6 | 16581012.580 | 1040554.435 |
| 3643 | RGV–MCS–2202–2–7 | 16580567.606 | 1040736.128 |
| 3644 | RGV–MCS–2202–2–8 | 16580454.999 | 1040794.818 |
| 3645 | RGV–MCS–2202–2–9 | 16579844.905 | 1041150.970 |
| 3646 | RGV–MCS–2202–2–10 | 16579365.146 | 1041431.154 |
| 3647 | RGV–MCS–2202–2–11 | 16578887.989 | 1041711.241 |
| 3648 | RGV–MCS–2202–2–12 | 16578402.432 | 1042000.304 |
| 3649 | RGV–MCS–2202–2–13 | 16578134.244 | 1042190.238 |
| 3650 | RGV–MCS–2202–2–14 | 16577914.756 | 1042390.964 |
| 3634 | RGV–MCS–2202–2–15 | 16577759.886 | 1042565.028 |
| 3621 | RGV–MCS–2202–2–16=RGV–MCS–2215–2–2=RGV–MCS–2222–4 | 16577743.032 | 1042540.763 |
| 3620 | RGV–MCS–2202–2–17=RGV–MCS–2219–5=RGV–MCS–2222–3 | 16578011.732 | 1042253.421 |
| 3624 | RGV–MCS–2202–2–18=RGV–MCS–2219–4 | 16578052.430 | 1042209.177 |
| 3623 | RGV–MCS–2202–2–19=RGV–MCS–2219–3 | 16578337.504 | 1042002.008 |
| 3622 | RGV–MCS–2202–2–20=RGV–MCS–2217–8=RGV–MCS–2219–2 | 16579140.065 | 1041530.972 |
| 3631 | RGV–MCS–2202–2–21=RGV–MCS–2217–7 | 16579413.996 | 1041369.420 |
| 3630 | RGV–MCS–2202–2–22=RGV–MCS–2217–6 | 16579966.564 | 1041054.921 |
| 3629 | RGV–MCS–2202–2–23=RGV–MCS–2217–5 | 16580494.484 | 1040747.910 |
| 3628 | RGV–MCS–2202–2–24=RGV–MCS–2217–4 | 16580909.200 | 1040575.308 |
| 3627 | RGV–MCS–2202–2–25=RGV–MCS–2217–3 | 16581588.073 | 1040314.078 |

## GENERAL SURVEYOR'S NOTES:

1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS UNABLE TO BE DETERMINED.
5. FIELD SURVEY WAS COMPLETED IN NOVEMBER, 2018.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. B&F ENGINEERING, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886–1143.
8. LONE STAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON OCTOBER 9, 2018 (TICKET NO. 1877865798).

**METES & BOUNDS SURVEY**
**HILDALGO CO. WATER CONTROL AND**
IMPROVEMENT DISTRICT NO. 19
**TRACT No. RGV-MCS-2202-2**
HIDALGO COUNTY                                    TEXAS

| Mark | Description | Date | Appr. |
|------|-------------|------|-------|
| 1 | RGV ACREAGE ON PLAT 08/25/19 | | |

CONTRACT NO.: W912TS-14-D-0013
T.O.: W912TS18F0111

| | BY | DATE |
|---|----|----|
| Drawn | RLS | 03/19 |
| Checked | DMB | 03/19 |
| Surveyor | JJB | 08/19 |

Fld.Bk. # 18RGVH-T2-B2
TEXAS LICENSED SURVEYING FIRM
B&F REG. NO. 10793942



**B&F**
**ENGINEERING, INC.**
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com



US Army Corps
of Engineers

B&F PROJ.   7-2688-0916        FILE NAME:   RGV-MCS-2202-2   DATE:        6/25/19





LEGEND

● IRS   5/8" REBAR W/ "MDS" CAP SET
○ CP    CALCULATED POINT
△ CONTROL POINT

DRHC   DEED RECORDS OF HIDALGO COUNTY
INST.  INSTRUMENT
No.    NUMBER
ORHC   OFFICIAL RECORDS OF HIDALGO COUNTY
PG.    PAGE
POB    POINT OF BEGINNING
POC    POINT OF COMMENCING
VOL.   VOLUME

———————————— ACQUISITION AREA BOUNDARY
—·—·—·—·—·— ADJOINING ACQUISITION LINE
———— ———— EASEMENT LINE
——— P L ——— PROPERTY LINE
—— LEVEE TOE —— TOE OF LEVEE

SCALE: 1" = 100'

0     100     200

4   UNITED STATES OF AMERICA CALLED 51.10 ACRES LEVEE EASEMENT VOL. 551, PG. 294 DRHC ("787–H")

5   COUNTY OF HIDALGO CALLED 5.52 ACRES LEVEE EASEMENT VOL. 541, PG. 609 DRHC ("786–H")

6   UNITED STATES OF AMERICA CALLED 11.73 ACRES LEVEE EASEMENT VOL. 617, PG. 316 DRHC ("RIVER LEVEE")

CULTIVATED FIELD

HIDALGO COUNTY WATER CONTROL AND IMPROVEMENT DISTRICT NO. 19 INST. No. 1976–33803 DRHC ("SAVE AND EXCEPT TRACT (5)")

HUNT VALLEY INDUSTRIAL I, L.P. PORTION OF CALLED 5557.38 ACRES INST. No. 2003–1153789 ORHC

RGV-MCS-3004
ACQUISITION AREA: 5.522 ACRES

TRACT No. RGV-MCS-3003

POC
RGV-MCS-3003 3004
N=16574878.084
E=1050389.390

SHARY ROAD

POB

GUADALUPE CABRERA & TRINIDAD CABRERA CALLED 2.70 ACRES INST. No. 1965–7063 DRHC

TRACT No. RGV-MCS-3002

HUNT VALLEY INDUSTRIAL I, L.P. PORTION OF CALLED 5557.38 ACRES INST. No. 2003–1153789 ORHC

CONTROL POINT 103
N=16574501.044
E=1050535.755

MDS LAND SURVEYING COMPANY, INC.

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10015500
7295 SIDNEY BAKER · KERRVILLE, TX 78028 · 830-315-1818

METES & BOUNDS SURVEY
HIDALGO COUNTY WATER CONTROL
AND IMPROVEMENT DISTRICT NO. 19
TRACT No. RGV-MCS-3004
HIDALGO COUNTY                    TEXAS

Drawing Ref. No.
SHEET 5 OF 14

| Mark | Description | Date | Appr. |
|------|-------------|------|-------|

|        | BY  | DATE |
|--------|-----|------|
| Drawn  | LMK | 1/19 |
| Checked| LMK | 1/19 |
| Surveyor | JDB | 1/19 |
| Fld.Bk. # | 18RGVH-T1-M1 |

B&F ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com
TEXAS LICENSED SURVEYING FIRM
BnF ENGINEERING, INC.
NO. 10163942

CONTRACT NO.: W9127S-14-D-0013
T.O.: W45XMA815779870001

US Army Corps of Engineers

MDS PROJ. NO. 18-200-00     FILE NAME: RGV-MCS-3004     DATE: 1/21/2019



LEGEND

● IRS  5/8" REBAR W/ "MDS" CAP SET
○ CP  CALCULATED POINT
△  CONTROL POINT

DRHC  DEED RECORDS OF HIDALGO COUNTY
INST.  INSTRUMENT
No.  NUMBER
ORHC  OFFICIAL RECORDS OF HIDALGO COUNTY
PG.  PAGE
POB  POINT OF BEGINNING
POC  POINT OF COMMENCING
VOL.  VOLUME

——————— ACQUISITION AREA BOUNDARY
————————— ADJOINING ACQUISITION LINE
————————— EASEMENT LINE
———— P L ———— PROPERTY LINE
———— LEVEE  TOE ———— TOE OF LEVEE

SCALE: 1" = 100'

0        100        200

CULTIVATED FIELD

HUNT VALLEY INDUSTRIAL I, L.P.
PORTION OF
CALLED 5557.38 ACRES
INST. No. 2003-1153789
ORHC

HIDALGO COUNTY WATER CONTROL
AND IMPROVEMENT DISTRICT No. 19
INST. No. 1976-33803 DRHC
("SAVE AND EXCEPT TRACT (5)")

RGV-MCS-3004
ACQUISITION AREA:
5.522 ACRES

TRACT No.
RGV-MCS-3003
HUNT VALLEY INDUSTRIAL I, L.P.
PORTION OF
CALLED 5557.38 ACRES
INST. No. 2003-1153789
ORHC

SHEET 7
SHEET 6

MATCH LINE

SHEET 6
SHEET 5

MATCH LINE

4  UNITED STATES OF AMERICA
   CALLED 51.10 ACRES
   LEVEE EASEMENT
   VOL. 551, PG. 294 DRHC
   ("787-H")

5  COUNTY OF HIDALGO
   CALLED 5.52 ACRES
   LEVEE EASEMENT
   VOL. 541, PG. 609 DRHC
   ("786-H")

MDS LAND SURVEYING COMPANY, INC.
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019500
7298 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

METES & BOUNDS SURVEY
HIDALGO COUNTY WATER CONTROL
AND IMPROVEMENT DISTRICT No. 19
TRACT No. RGV-MCS-3004
HIDALGO COUNTY                TEXAS

| Mark | Description | Date | Appr. |
|------|-------------|------|-------|

|        | BY  | DATE |
|--------|-----|------|
| Drawn  | LMK | 1/19 |
| Checked| LMK | 1/19 |
| Surveyor| JDB | 1/19 |
| Fld.Bk.#| 18RGVHH-T1-M1 | |

CONTRACT No.: W9127S-14-D-0013
T.O.: W45XMA815779870001

B&F
ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

TEXAS LICENSED SURVEYING PROVIDED BY
BNF ENGINEERING, INC.
No. 10163942

US Army Corps of Engineers

Drawing Ref. No.
SHEET 6 OF 14

MDS PROJ. NO.  18-200-00        FILE NAME:  RGV-MCS-3004        DATE: 1/21/2019



LEGEND

| | | |
|---|---|---|
| ● IRS | 5/8" REBAR W/ "MDS" CAP SET | |
| ○ CP | CALCULATED POINT | |
| △ | CONTROL POINT | |

CDS CONCRETE DRAINAGE STRUCTURE
CIS CONCRETE IRRIGATION STRUCTURE
DRHC DEED RECORDS OF HIDALGO COUNTY
INST. INSTRUMENT
No. NUMBER
ORHC OFFICIAL RECORDS OF HIDALGO COUNTY
PG. PAGE
POB POINT OF BEGINNING
POC POINT OF COMMENCING
VOL. VOLUME
WM WATER METER

ACQUISITION AREA BOUNDARY
ADJOINING ACQUISITION LINE
EASEMENT LINE
P L PROPERTY LINE
LEVEE TOE TOE OF LEVEE

SCALE: 1" = 100'

0    100    200

HUNT VALLEY INDUSTRIAL I, L.P.
PORTION OF
CALLED 5057.38 ACRES
INST. No. 2003-1153789
ORHC

RGV-MCS-3004
ACQUISITION AREA:
5.522 ACRES

CULTIVATED FIELD

HIDALGO COUNTY WATER CONTROL
AND IMPROVEMENT DISTRICT No. 19
INST. No. 1976-33903 DRHC
("SAVE AND EXCEPT TRACT (5)")

TRACT No.
RGV-MCS-3003

HUNT VALLEY INDUSTRIAL I, L.P.
PORTION OF
CALLED 5057.38 ACRES
INST. No. 2003-1153789
ORHC

CANAL

SHEET 8
SHEET 7

SHEET 7
SHEET 6

MATCH LINE

MATCH LINE

| 4 | UNITED STATES OF AMERICA CALLED 51.10 ACRES LEVEE EASEMENT VOL. 551, PG. 294 DRHC ("787-H") |
|---|---|
| 5 | COUNTY OF HIDALGO CALLED 5.52 ACRES LEVEE EASEMENT VOL. 541, PG. 609 DRHC ("786-H") |

MDS LAND SURVEYING COMPANY, INC.

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019500
7298 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

METES & BOUNDS SURVEY
HIDALGO COUNTY WATER CONTROL
AND IMPROVEMENT DISTRICT NO. 19
TRACT No. RGV-MCS-3004
HIDALGO COUNTY                    TEXAS

| Mark | Description | Date | Appr. |
|---|---|---|---|
| | | | |

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 1/19 |
| Checked | LMK | 1/19 |
| Surveyor | JDB | 1/19 |
| Fld.Bk. # | 18RGVH-T1-M1 | |

CONTRACT No.: W9127S-14-D-0013
T.O.: W45XMA81577987001

B&F
ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

TEXAS LICENSED SURVEYING FIRM
BNF ENGINEERING, INC.
No. 10163942

US Army Corps
of Engineers

Drawing Ref. No.
SHEET 7 OF 14
SHEET 7

MDS PROJ. NO. 18-200-00        FILE NAME: RGV-MCS-3004        DATE: 1/21/2019



LEGEND

● IRS   5/8" REBAR W/ "MDS" CAP SET
○ CP   CALCULATED POINT
△   CONTROL POINT

CIS   CONCRETE IRRIGATION STRUCTURE
DRHC   DEED RECORDS OF HIDALGO COUNTY
INST.   INSTRUMENT
No.   NUMBER
ORHC   OFFICIAL RECORDS OF HIDALGO COUNTY
PG.   PAGE
POB   POINT OF BEGINNING
POC   POINT OF COMMENCING
VOL.   VOLUME

——————   ACQUISITION AREA BOUNDARY
———————   ADJOINING ACQUISITION LINE
— — — —   EASEMENT LINE
——— P L ———   PROPERTY LINE
— LEVEE TOE —   TOE OF LEVEE

SCALE: 1" = 100'

0       100       200

HUNT VALLEY INDUSTRIAL I, L.P.
PORTION OF
CALLED 5557.38 ACRES
INST. No. 2003-1153789 ORHC

CULTIVATED FIELD

RGV-MCS-3004
ACQUISITION AREA:
5.522 ACRES

IRS   L8
CP   L25
L7
L26
L6
TOP OF LEVEE
L27
L5
L28

HIDALGO COUNTY WATER CONTROL
AND IMPROVEMENT DISTRICT NO. 19
INST. No. 1976-33803 DRHC
("SAVE AND EXCEPT TRACT (5)")

TRACT No.
RGV-MCS-3003
HUNT VALLEY INDUSTRIAL I, L.P.
PORTION OF
CALLED 5557.38 ACRES
INST. No. 2003-1153789 ORHC

CULTIVATED FIELD

CIS

SHEET 8
SHEET 9

SHEET 8
SHEET 7

MATCH LINE

MATCH LINE

4   UNITED STATES OF AMERICA
CALLED 51.10 ACRES
LEVEE EASEMENT
VOL. 551, PG. 294 DRHC
("787-H")

5   COUNTY OF HIDALGO
CALLED 5.52 ACRES
LEVEE EASEMENT
VOL. 541, PG. 609 DRHC
("786-H")

MDS LAND SURVEYING COMPANY, INC.
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019500
7298 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

| Drawing Ref. No. SHEET 8 OF 14 | METES & BOUNDS SURVEY HIDALGO COUNTY WATER CONTROL AND IMPROVEMENT DISTRICT NO. 19 TRACT No. RGV-MCS-3004 HIDALGO COUNTY                    TEXAS |
|---|---|

| Mark | Description | Date | Appr. |
|---|---|---|---|
| | | | |

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 1/19 |
| Checked | LMK | 1/19 |
| Surveyor | JDB | 1/19 |
| Fld.Bk. # | 18RGVH-T1-M1 | |

CONTRACT No.: W9127S-14-D-0013
T.O.: W45XMA815779870001

B&F ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

US Army Corps of Engineers

MDS PROJ. NO. 18-200-00      FILE NAME: RGV-MCS-3004      DATE: 1/21/2019



LEGEND

● IRS  5/8" REBAR W/ "MDS" CAP SET
○ CP  CALCULATED POINT
△  CONTROL POINT

CIS  CONCRETE IRRIGATION STRUCTURE
DRHC  DEED RECORDS OF HIDALGO COUNTY
INST.  INSTRUMENT
No.  NUMBER
ORHC  OFFICIAL RECORDS OF HIDALGO COUNTY
PG.  PAGE
POB  POINT OF BEGINNING
POC  POINT OF COMMENCING
VOL.  VOLUME
WM  WATER METER

———————— ACQUISITION AREA BOUNDARY
———————— ADJOINING ACQUISITION LINE
———————— EASEMENT LINE
——— P L ——— PROPERTY LINE
——— LEVEE TOE ——— TOE OF LEVEE

SCALE: 1" = 100'

0     100     200

HUNT VALLEY INDUSTRIAL I, L.P.
PORTION OF
CALLED 5557.38 ACRES
INST. No. 2003-1153789
ORHC

CULTIVATED FIELD

CULTIVATED FIELD

RGV-MCS-3004
ACQUISITION AREA:
5.522 ACRES

TRACT No.
RGV-MCS-3003
HUNT VALLEY INDUSTRIAL I, L.P.
PORTION OF
CALLED 5557.38 ACRES
INST. No. 2003-1153789
ORHC

4  UNITED STATES OF AMERICA
CALLED 51.10 ACRES
LEVEE EASEMENT
VOL. 551, PG. 294 DRHC
("787-H")

5  COUNTY OF HIDALGO
CALLED 5.52 ACRES
LEVEE EASEMENT
VOL. 541, PG. 609 DRHC
("786-H")

MDS LAND SURVEYING COMPANY, INC.

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019500
7298 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

METES & BOUNDS SURVEY
HIDALGO COUNTY WATER CONTROL
AND IMPROVEMENT DISTRICT No. 19
TRACT No. RGV-MCS-3004
HIDALGO COUNTY                          TEXAS

| Mark | Description | Date | Appr. |
|------|-------------|------|-------|
|      |             |      |       |

|        | BY  | DATE |
|--------|-----|------|
| Drawn  | LMK | 1/19 |
| Checked| LMK | 1/19 |
| Surveyor| JDB | 1/19 |
| Fld.Bk.# | 18RGVH-T1-M1 |

CONTRACT No.: W9127S-14-D-0013
T.O.: W45XMA81577987O001

B&F ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
No. 10193642

US Army Corps of Engineers

Drawing Ref. No.
SHEET 9 OF 14

MATCH LINE

MATCH LINE

SHEET 8 / SHEET 9

SHEET 9 / SHEET 10

MDS PROJ. NO.  18-200-00        FILE NAME:  RGV-MCS-3004        DATE: 1/21/2019

Schedule E (Cont'd)



**LEGEND**

| | | | |
|---|---|---|---|
| ●IRS | 5/8" REBAR W/ "MDS" CAP SET | ——————— | ACQUISITION AREA BOUNDARY |
| ○CP | CALCULATED POINT | – – – – – – – | ADJOINING ACQUISITION LINE |
| △ | CONTROL POINT | — - - - — - - - — | EASEMENT LINE |
| | | —— P L —— | PROPERTY LINE |
| | | — LEVEE TOE — | TOE OF LEVEE |

CIS — CONCRETE IRRIGATION STRUCTURE
DRHC — DEED RECORDS OF HIDALGO COUNTY
GP — GUARD POST
INST. — INSTRUMENT
No. — NUMBER
ORHC — OFFICIAL RECORDS OF HIDALGO COUNTY
PG. — PAGE
POB — POINT OF BEGINNING
POC — POINT OF COMMENCING
SN — SIGN
VOL. — VOLUME
WM — WATER METER

SCALE: 1" = 100'

0    100    200

RGV-MCS-3004
ACQUISITION AREA:
5.522 ACRES

HIDALGO COUNTY WATER CONTROL
AND IMPROVEMENT DISTRICT No. 19
INST. No. 1976-33803 DRHC
("SAVE AND EXCEPT TRACT (5))"

HUNT VALLEY INDUSTRIAL I, L.P.
PORTION OF
CALLED 5557.38 ACRES
INST. No. 2003-1153789
ORHC

CULTIVATED FIELD

TRACT No.
RGV-MCS-3003
HUNT VALLEY INDUSTRIAL I, L.P.
PORTION OF
CALLED 5557.38 ACRES
INST. No. 2003-1153789
ORHC

[4] UNITED STATES OF AMERICA
CALLED 51.10 ACRES
LEVEE EASEMENT
VOL. 551, PG. 294 DRHC
("787-H")

[5] COUNTY OF HIDALGO
CALLED 5.52 ACRES
LEVEE EASEMENT
VOL. 541, PG. 609 DRHC
("786-H")

**MDS LAND SURVEYING COMPANY, INC.**
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019500
7298 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

METES & BOUNDS SURVEY
HIDALGO COUNTY WATER CONTROL
AND IMPROVEMENT DISTRICT No. 19
TRACT No. RGV-MCS-3004
HIDALGO COUNTY                    TEXAS

| Mark | Description | Date | Appr. | | BY | DATE |
|---|---|---|---|---|---|---|
| | | | | Drawn | LMK | 1/19 |
| | | | | Checked | LMK | 1/19 |
| | | | | Surveyor | JDB | 1/19 |
| | | | | Fld.Bk. # | 18RGVH-T1-M1 | |

CONTRACT No.: W9127S-14-D-0013
T.O.: W45XMA815779870001

**B&F ENGINEERING, INC.**
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

TEXAS LICENSED SURVEYING FIRM
BnF ENGINEERING, INC.
No. 10163942

US Army Corps of Engineers

Drawing Ref. No.
SHEET 10 OF 14

MDS PROJ. No. 18-200-00       FILE NAME: RGV-MCS-3004       DATE: 1/21/2019



LEGEND

● IRS  5/8" REBAR W/ "MDS" CAP SET
○ CP  CALCULATED POINT
△  CONTROL POINT

CIS  CONCRETE IRRIGATION STRUCTURE
DRHC  DEED RECORDS OF HIDALGO COUNTY
INST.  INSTRUMENT
No.  NUMBER
ORHC  OFFICIAL RECORDS OF HIDALGO COUNTY
PG.  PAGE
POB  POINT OF BEGINNING
POC  POINT OF COMMENCING
VOL.  VOLUME

——————  ACQUISITION AREA BOUNDARY
— · · — · · —  ADJOINING ACQUISITION LINE
— · — · —  EASEMENT LINE
—— P L ——  PROPERTY LINE
— LEVEE TOE —  TOE OF LEVEE

SCALE: 1" = 100'

0    100    200

[4] UNITED STATES OF AMERICA
CALLED 51.10 ACRES
LEVEE EASEMENT
VOL. 551, PG. 294 DRHC
("787-H")

[5] COUNTY OF HIDALGO
CALLED 5.52 ACRES
LEVEE EASEMENT
VOL. 541, PG. 609 DRHC
("786-H")

HUNT VALLEY INDUSTRIAL I, L.P.
PORTION OF
CALLED 5557.38 ACRES
INST. No. 2003-1153789
ORHC

RGV-MCS-3004
ACQUISITION AREA:
5.522 ACRES

CULTIVATED FIELD

HIDALGO COUNTY WATER CONTROL
AND IMPROVEMENT DISTRICT No. 19
INST. No. 1976-33803 DRHC
("SAVE AND EXCEPT TRACT (5)")

TRACT No.
RGV-MCS-3003
HUNT VALLEY INDUSTRIAL I, L.P.
PORTION OF
CALLED 5557.38 ACRES
INST. No. 2003-1153789
ORHC

MDS LAND SURVEYING COMPANY, INC.

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC

TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No.10019500
729B SIDNEY BAKER • KERRVILLE, TX 78028 • 830-815-1818

METES & BOUNDS SURVEY
HIDALGO COUNTY WATER CONTROL
AND IMPROVEMENT DISTRICT No. 19
TRACT No. RGV-MCS-3004
HIDALGO COUNTY                    TEXAS

| Mark | Description | Date | Appr. |
|------|-------------|------|-------|
|      |             |      |       |

|        | BY  | DATE |
|--------|-----|------|
| Drawn  | LMK | 1/19 |
| Checked| LMK | 1/19 |
| Surveyor| JDB | 1/19 |
| Fld.Bk. #| 18RGVH-T1-M1 | |

CONTRACT No.: W9127S-14-D-0013
T.O.: W45XMA815779870001

B&F ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
No. 10193542

US Army Corps of Engineers

Drawing Ref. No.
SHEET 11 OF 14

MDS PROJ. NO.  18-200-00      FILE NAME:  RGV-MCS-3004      DATE:  1/21/2019



LEGEND

● IRS   5/8" REBAR W/ "MDS" CAP SET
○ CP   CALCULATED POINT
△   CONTROL POINT

CIS   CONCRETE IRRIGATION STRUCTURE
DRHC   DEED RECORDS OF HIDALGO COUNTY
INST.   INSTRUMENT
No.   NUMBER
ORHC   OFFICIAL RECORDS OF HIDALGO COUNTY
PG.   PAGE
POB   POINT OF BEGINNING
POC   POINT OF COMMENCING
VOL.   VOLUME

ACQUISITION AREA BOUNDARY
ADJOINING ACQUISITION LINE
EASEMENT LINE
PROPERTY LINE
TOE OF LEVEE

SCALE: 1" = 100'

0    100    200

4   UNITED STATES OF AMERICA CALLED 51.10 ACRES LEVEE EASEMENT VOL. 551, PG. 294 DRHC ("787-H")

5   COUNTY OF HIDALGO CALLED 5.52 ACRES LEVEE EASEMENT VOL. 541, PG. 609 DRHC ("786-H")

HUNT VALLEY INDUSTRIAL I, L.P. PORTION OF CALLED 5557.38 ACRES INST. No. 2003-1153789 ORHC

HIDALGO COUNTY WATER CONTROL AND IMPROVEMENT DISTRICT NO. 19 INST. No. 1976-33803 DRHC ("SAVE AND EXCEPT TRACT (5))"

RGV-MCS-3004
ACQUISITION AREA: 5.522 ACRES

TRACT No. RGV-MCS-3003

HUNT VALLEY INDUSTRIAL I, L.P. PORTION OF CALLED 5557.38 ACRES INST. No. 2003-1153789 ORHC

SHEET 11 / SHEET 12

MATCH LINE

MDS LAND SURVEYING COMPANY, INC.

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019500
7298 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

METES & BOUNDS SURVEY
HIDALGO COUNTY WATER CONTROL
AND IMPROVEMENT DISTRICT NO. 19
TRACT No. RGV-MCS-3004
HIDALGO COUNTY                    TEXAS

| Mark | Description | Date | Appr. |
|------|-------------|------|-------|
| | | | |
| | | | |

| | BY | DATE |
|--------|------|------|
| Drawn | LMK | 1/19 |
| Checked | LMK | 1/19 |
| Surveyor | JDB | 1/19 |
| Fld.Bk. # | 18RGVH-T1-M1 | |

CONTRACT No.: W9127S-14-D-0013
T.O.: W45XMA81577987O001

B&F ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com
TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
No. 10163542

US Army Corps of Engineers

Drawing Ref. No.: SHEET 12 OF 14

MDS PROJ. No. 18-200-00    FILE NAME: RGV-MCS-3004    DATE: 1/21/2019

## COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16574849.628 | 1050578.600 | RGV-MCS-3004-1 |
| 2 | 16574876.837 | 1050590.242 | RGV-MCS-3004-2 |
| 3 | 16574868.406 | 1050646.413 | RGV-MCS-3004-3 |
| 4 | 16575177.685 | 1050778.744 | RGV-MCS-3004-4 |
| 5 | 16576378.465 | 1051754.425 | RGV-MCS-3004-5 |
| 6 | 16576479.948 | 1051906.949 | RGV-MCS-3004-6 |
| 7 | 16576548.906 | 1052132.022 | RGV-MCS-3004-7 |
| 8 | 16576635.327 | 1052536.697 | RGV-MCS-3004-8 |
| 9 | 16576551.833 | 1052947.499 | RGV-MCS-3004-9 |
| 10 | 16576949.098 | 1053617.884 | RGV-MCS-3004-10 |
| 11 | 16577011.236 | 1053777.517 | RGV-MCS-3004-11 |
| 12 | 16577026.575 | 1053910.334 | RGV-MCS-3004-12 |
| 13 | 16576999.198 | 1054080.242 | RGV-MCS-3004-13 |
| 14 | 16576834.443 | 1054648.022 | RGV-MCS-3004-14 |
| 15 | 16576857.870 | 1054723.678 | RGV-MCS-3004-15 |
| 16 | 16576774.518 | 1054711.067 | RGV-MCS-3003-14=3004-16 |
| 17 | 16576960.090 | 1054071.547 | RGV-MCS-3003-13=3004-17 |
| 18 | 16576986.195 | 1053909.536 | RGV-MCS-3003-12=3004-18 |
| 19 | 16576972.072 | 1053787.249 | RGV-MCS-3003-11=3004-19 |
| 20 | 16576912.981 | 1053635.445 | RGV-MCS-3003-10=3004-20 |
| 21 | 16576718.237 | 1053306.813 | RGV-MCS-3003-9=3004-21 |
| 22 | 16576705.482 | 1053304.883 | RGV-MCS-3003-8=3004-22 |
| 23 | 16576499.012 | 1052956.465 | RGV-MCS-3003-7=3004-23 |
| 24 | 16576584.265 | 1052536.940 | RGV-MCS-3003-6=3004-24 |
| 25 | 16576500.476 | 1052144.587 | RGV-MCS-3003-5=3004-25 |
| 26 | 16576434.301 | 1051928.597 | RGV-MCS-3003-4=3004-26 |
| 27 | 16576341.072 | 1051788.478 | RGV-MCS-3003-3=3004-27 |
| 28 | 16575151.575 | 1050822.062 | RGV-MCS-3003-2=3004-28 |
| 29 | 16574833.493 | 1050685.886 | RGV-MCS-3003-1=3004-29 |

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|---|---|---|---|---|
| L1 | S 81°26'50" E | 191.34' | N/A | N/A |
| L2 | N 23°09'53" E | 29.60' | N 23°16'40" E | 29.60' |
| L3 | S 81°27'47" E | 56.80' | S 81°21'00" E | 56.80' |
| L4 | N 23°09'53" E | 336.40' | N 23°16'40" E | 336.40' |
| L5 | N 39°05'43" E | 1547.20' | N 39°12'30" E | 1547.20' |
| L6 | N 56°21'43" E | 183.20' | N 56°28'30" E | 183.20' |
| L7 | N 72°57'58" E | 235.40' | N 73°04'45" E | 235.40' |
| L8 | N 77°56'43" E | 413.80' | N 78°03'30" E | 413.80' |
| L9 | S 78°30'41" E | 419.20' | S 78°24'00" E | 419.20' |
| L10 | N 59°20'58" E | 779.25' | N 59°20'58" E | 779.10' |
| L11 | N 68°43'53" E | 171.30' | N 68°50'40" E | 171.30' |
| L12 | N 83°24'43" E | 133.70' | N 83°31'30" E | 133.70' |
| L13 | S 80°50'47" E | 172.10' | S 80°44'00" E | 172.10' |
| L14 | N 73°49'07" E | 591.20' | N 73°42'20" E | 591.20' |
| L15 | N 72°47'43" E | 79.20' | N 72°54'30" E | 79.20' |
| L16 | S 08°36'13" W | 84.30' | S 08°43'00" W | 84.30' |
| L17 | N 73°49'07" W | 665.90' | N 73°42'20" W | 665.90' |
| L18 | N 80°50'47" W | 164.10' | N 80°44'00" W | 164.10' |
| L19 | S 83°24'43" W | 123.10' | S 83°31'30" W | 123.10' |
| L20 | S 68°43'53" W | 162.90' | S 68°50'40" W | 162.90' |
| L21 | S 59°20'58" W | 382.00' | S 59°27'45" W | 382.00' |
| L22 | S 08°36'13" W | 12.90' | S 08°43'00" W | 12.90' |
| L23 | S 59°20'58" W | 405.00' | S 59°27'45" W | 405.00' |
| L24 | N 78°30'47" W | 428.10' | N 78°24'00" W | 428.10' |
| L25 | N 77°56'43" W | 401.20' | N 78°03'30" W | 401.20' |
| L26 | S 72°57'58" W | 225.90' | S 73°04'45" W | 225.90' |
| L27 | N 56°21'43" W | 168.30' | N 56°28'30" W | 168.30' |
| L28 | S 39°05'33" W | 1532.60' | S 39°12'30" W | 1532.60' |
| L29 | N 23°10'35" W | 346.01' | N 23°16'40" W | 346.00' |
| L30 | N 81°26'50" W | 108.50' | N 81°21'00" W | 108.50' |
| L31 | N 07°00'26" E | 351.21' | N/A | N/A |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 12/30/2018.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.



MDS LAND SURVEYING COMPANY, INC.

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC

TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019900
7298 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

| | METES & BOUNDS SURVEY | Mark | Description | | Date | Appr. | | | | BY | DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Drawing Ref. No. SHEET 13 OF 14 | HIDALGO COUNTY WATER CONTROL AND IMPROVEMENT DISTRICT NO. 19 | | | | | | Drawn | LMK | 1/19 | | | |
| | | | | | | | Checked | LMK | 1/19 | | | |
| | TRACT No. RGV-MCS-3004 | | | | | | Surveyor | JOB | 1/19 | | | |
| | HIDALGO COUNTY                    TEXAS | | | | | | Fld.Bk. # | 18RGVH-T1-M1 | | | | |





B&F ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com



US Army Corps of Engineers

CONTRACT No.: W9127S-14-D-0013
T.O.: W45XMA81577987000I

MDS PROJ. NO. 18-200-00    FILE NAME: RGV-MCS-3004    DATE: 1/21/2019



PLAT SHOWING A 5.522 ACRE (240,559 SQUARE FEET) PARCEL OF LAND, BEING OUT OF THE RAMON MANGUILLA SURVEY, ABSTRACT NO. 42 AND THE YLDEFONSO QUIROGA SURVEY, ABSTRACT NO. 43, HIDALGO COUNTY, TEXAS, BEING OUT OF PORCIONES 59 & 60, BEING OUT OF THE RIVER LEVEE RIGHT-OF-WAY CONVEYED TO THE COUNTY OF HIDALGO BY EASEMENT DEED RECORDED IN VOLUME 541, PAGE 609, DEED RECORDS OF HIDALGO COUNTY, TEXAS ("786-H") AND BEING OUT OF A CALLED 5.52 ACRE TRACT DESCRIBED AS "SAVE & EXCEPT TRACT (3)" RETAINED BY HIDALGO COUNTY WATER CONTROL AND IMPROVEMENT DISTRICT NO. 19 IN SPECIAL WARRANTY DEED RECORDED IN INSTRUMENT NO. 1976-33803, DEED RECORDS OF HIDALGO COUNTY, TEXAS.

SCALE: 1" = 600'

0      600      1200

HUNT VALLEY
INDUSTRIAL I, L.P.
PORTION OF
CALLED 5557.38 ACRES
INST. No. 2003-1153789
ORHC

HIDALGO COUNTY WATER CONTROL
AND IMPROVEMENT DISTRICT NO. 19
INST. No. 1976-33803 DRHC
("SAVE AND EXCEPT TRACT (3)"
[REMAINING AREA: NONE]

RGV-MCS-3004
ACQUISITION AREA:
5.522 ACRES

TRACT No.
RGV-MCS-3003

HUNT VALLEY
INDUSTRIAL I, L.P.
PORTION OF
CALLED 5557.38 ACRES
INST. No. 2003-1153789
ORHC

POB

POC

TRACT No.
RGV-MCS-3002

I, JEFF BOERNER, TEXAS REGISTERED PROFESSIONAL LAND SURVEYOR No. 4939, DO HEREBY CERTIFY THAT THIS BOUNDARY SURVEY WAS PREFORMED BY ME OR UNDER MY DIRECT SUPERVISION, THAT THIS SURVEY MEETS THE MINIMUM STANDARDS FOR SURVEYING IN THE STATE OF TEXAS; AS PROMULGATED BY THE TEXAS BOARD OF PROFESSIONAL LAND SURVEYORS.

JEFF BOERNER          R.P.L.S. # 4939          1/21/2019
                                               DATE

STATE OF TEXAS
REGISTERED
JEFF BOERNER
4939
PROFESSIONAL
LAND SURVEYOR

MDS LAND SURVEYING COMPANY, INC.

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10015500
7295 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

METES & BOUNDS SURVEY
HIDALGO COUNTY WATER CONTROL
AND IMPROVEMENT DISTRICT NO. 19
TRACT No. RGV-MCS-3004
HIDALGO COUNTY                    TEXAS

| Mark | Description | Date | Appr. |
|------|-------------|------|-------|

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 1/19 |
| Checked | LMK | 1/19 |
| Surveyor | JOB | 1/19 |
| Fld.Bk. # | 18RGVH-T1-M1 | |

B&F
ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com
TEXAS LICENSED SURVEYING FIRM
BnF ENGINEERING, INC.
No. 10153942

CONTRACT No.   W9127S-14-D-0013
T.O.:  W45XMA81577987O001

US Army Corps of Engineers

Drawing Ref. No.
SHEET 14 OF 14

MDS PROJ. No. 18-200-00     FILE NAME: RGV-MCS-3004     DATE: 1/21/2019

# SCHEDULE E

## SCHEDULE E

### ESTATES TAKEN

Hidalgo County, Texas

**Tracts:  RGV-MCS-2202**
             **RGV-MCS-2202-2**
Owner:  Hidalgo County Water Control and Improvement District #19
Acres:  6.848

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in Warranty Deed recorded August 19, 1952 as Document #1952-13113 (Volume 752, Page 342), Deed Records, Hidalgo County Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

**Tract:  RGV-MCS-3004**
Owner:  Hidalgo County Water Control and Improvement District #19
Acres:  5.522

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

Schedule E (Cont.)



# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the lands being taken is THREE HUNDRED SIXTY-THREE THOUSAND, NINE HUNDRED FIFTY-SIX DOLLARS AND NO/100 ($363,956.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

**SCHEDULE G**

INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Hidalgo County Water Control & Improvement District #19** | **RGV-MCS-2202**<br>**RGV-MCS-2202-2**<br>**RGV-MCS-3004**<br>Warranty Deed, Document #13113;<br>Volume 752 Page 342;<br>Recorded August 19, 1952,<br>Official Records of Hidalgo County |