United States District Court
Southern District of Texas
**ENTERED**
August 06, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:20-CV-205 |
| § | |
| 12.37 ACRES OF LAND, MORE OR § | |
| LESS, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR JURY TRIAL

Before the Court is Defendants' Unopposed Motion for Jury Trial (Dkt. No. 10). Having considered the Motion and the case file, the Court finds the Motion is well taken and should be granted. It is therefore **ORDERED** that the Motion (Dkt. No.10) is **GRANTED**.

SO ORDERED this 6th day of August, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge